IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **KIMBER-LEIGH MORRIS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **vs.** | ) | Civil Action Number |
| | ) | **5:06-cv-448-UWC** |
| **TELECHECK SERVICES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**REVISED MEMORANDUM OPINION**

The Memorandum Opinion, (Doc. 61), entered in this matter is hereby revised to reflect the recent opinion handed down by the United States Supreme Court which interpreted the FCRA "willfulness" requirement.  *See Safeco Ins. Co. of Am. v. Burr*, 127 S. Ct. 2201 (2007).

In *Safeco Insurance Company of America v. Burr* the Supreme Court held that the FCRA's willfulness provision is triggered when a company acts in "reckless disregard" of a consumer rights.  *Id*. 2208-10.  This reckless disregard analysis involves a two part inquiry.  First, based upon a "reasonable reading of the statute," did the company violate the FCRA.  Second, did "the company r[un] a risk of violating the law substantially greater than the risk associated with a reading that was merely careless."  *Id*. at 2215.  In another part of the opinion, the Court explains that reckless disregard occurs where an

actor's conduct "creates an unreasonable risk of . . . harm to another" and "such risk is substantially greater than that which is necessary to make his conduct negligent." *Id*. at 2215.

Applying this analysis to the litigation at hand, the present Court is unwilling to find, as a matter of law, that Telecheck's conduct was not in reckless disregard for the rights of Morris. While Morris did not suffer any actual harm, Telecheck's apparent failure to connect its databases could adversely impact the next consumer who requests a copy of her entire file. Because of this potential for harm, a reasonable jury could find that Telecheck's conduct creates an "unreasonable risk of harm to another" and that "such risk is substantially greater than that which is necessary to make [Telecheck's] conduct negligent." *See id.* at 2215. As such, Telecheck is not entitled to summary judgment.

Done this 11th day of June, 2007.

_____
U.W. Clemon
United States District Judge