FILED
2008 Sep-23  PM 02:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **KIMBER-LEIGH MORRIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **vs.** ) | Civil Action Number |
| ) | **5:06-cv-448-UWC** |
| **TELECHECK SERVICES, INC.,** ) | |
| ) | |
| Defendant. ) | |

### ORDER DENYING MOTION FOR CLASS CERTIFICATION

Because the named Plaintiff lacks standing to represent the class on whose behalf she sues, her Motion for Class Certification, Doc. 75, is hereby DENIED

_____
U.W. Clemon
United States District Judge